# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Deloris G. Michael,

    Plaintiff,

v.                              Case No. 2:18-cv-131

Commissioner of Social Security,      Judge Michael H. Watson

    Defendant.                       Magistrate Judge Jolson

## ORDER

On July 20, 2018, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court overrule Plaintiff Deloris G. Michael's ("Plaintiff") statement of errors and affirm the Commissioner of Social Security's ("Commissioner") non-disability finding. ECF No. 14.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 13, ECF No. 14. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **OVERRULED** and the Commissioner's decision is **AFFIRMED**. The clerk is directed to enter judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

                                                      **MICHAEL H. WATSON, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**